UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN RAY LOMACK,

                Petitioner,

    v.

STATE OF WASHINGTON,

                Respondent.

Case No. C18-1282-RSM-MAT

REPORT AND RECOMMENDATION

        Petitioner John Ray Lomack is currently confined at the King County Regional Justice Center (RJC) in Kent, Washington. On August 28, 2018, petitioner submitted to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254, apparently challenging a 2015 judgment of the King County Superior Court. (*See* Dkt. 1-1.) Petitioner submitted with his petition an application to proceed with this action *in forma pauperis*. (*See* Dkt. 1.) However, petitioner failed to include with his application a copy of his prison trust account statement, and he failed to obtain a signature from the financial officer at the RJC certifying the amount of money petitioner had on account there. Thus, on August 30, 2018, the Clerk sent petitioner a letter advising him of these deficiencies and directing him to correct them not later than October 1, 2018, or face dismissal of this action. (*See* Dkt. 3.)

        On October 3, 2018, petitioner resubmitted the page of his *in forma pauperis* application containing the certification section, but the certification was again unsigned by the financial officer

REPORT AND RECOMMENDATION
PAGE - 1

at the RJC. (*See* Dkt. 6.) Petitioner also submitted a document entitled "Resident Account History Inquiry" which showed some of petitioner's financial activity dating back to July 2018. (*See* Dkt. 6-1.) However, that document was not certified and, in any event, did not show the requisite six months of transactions required by the Court. Thus, on October 5, 2018, the Clerk sent petitioner another letter advising him of the deficiencies in his *in forma pauperis* application materials and directing him to correct them not later than November 5, 2018, or risk dismissal of this action. (Dkt. 7.) To date petitioner has not responded in any fashion to the Clerk's second deficiency letter.

As petitioner has had ample time to correct the deficiencies in his *in forma pauperis* application, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 21 , 2018**.

DATED this 26th day of November, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2