# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOHN RAY LOMACK,

        Petitioner,

v.

STATE OF WASHINGTON,

        Respondent.

Case No. C18-1282 RSM

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED without prejudice for failure to prosecute; and

(3) The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 2nd day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION - 1